# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00133-CV

---

**Michael Quinn Sullivan, Appellant**

**v.**

**Texas Ethics Commission, Appellee**

---

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-003269, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

We abate this appeal pending the Texas Supreme Court's resolution of *Sullivan v. Texas Ethics Commission*, No. 23-0080, on petition for review of this Court's opinion in *Sullivan v. Texas Ethics Commission*, 660 S.W.3d 225 (Tex. App.—Austin 2022, pet. filed). We direct appellant to notify this Court of the Texas Supreme Court's decision by filing a letter with this Court within 30 days of that decision becoming final, though appellee may so inform the Court and the Court may reinstate the appeal on its own motion.

No later than thirty days after reinstatement of the appeal, appellant shall file a supplemental brief addressing the effect of the supreme court's decision in *Sullivan*. Appellee may file a supplemental brief no later than thirty days after the date on which appellant files his supplemental brief, and appellant may file a supplemental reply brief (if any) no later than

twenty days after the date on which appellee files its supplemental brief. These supplemental briefs must not exceed 7,500 words if computer generated, and 25 pages if not.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: January 23, 2024